SECOND DEPARTMENT, JUNE, 1942.
(June 1, 1942.)

CENTRAL HANOVER BANK AND TRUST COMPANY, as Substituted Trustee under Trust Agreement Dated January 3, 1928, Made by ELIZABETH C. G. RUSSELL, Respondent, v. SARAH B. RUSSELL and Others, Defendants, and DAVID F. COHEN, as Guardian ad Litem for ADELE CAREW and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

LEO F. CESTARI, Respondent, v. MARIE KAMINSKY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

DEBAUN CLAYDON, Appellant, v. THE SIWANOY COUNTRY CLUB OF MOUNT VERNON, NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

BENJAMIN W. COHEN, Suing on His Own Behalf and on Behalf of All Other Common Stockholders of THE FISK RUBBER CORPORATION Similarly Situated Who May Come in and Contribute to the Expenses of This Action, Respondent, v. CHARLES A. DANA and Others, Defendants, and KARL H. BEHR and Others, Appellants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Motion to resettle order granted to the extent of amending the decision of this court handed down on April 6, 1942 [ante, p. 721], to read as follows: Reargument granted and upon reargument the order is reversed on the law, without costs, and the motion is granted, without costs, and without prejudice to plaintiff pursuing any steps he may be advised to take. (Cohen v. Dana, 287 N. Y. 405.) Defendants' time to answer the complaint or otherwise move with respect thereto is extended until twenty days after the corporation shall have been joined as a party defendant, or until twenty days after the making of an order excusing such joinder after an ineffectual, bona fide effort shall have been made to bring in such defendant, if there be a sufficient showing to warrant such an order. Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ., concur.

In the Matter of JOSEPH MENDELSOHN, an Attorney and Counselor at Law, Respondent.— Motion for reinstatement as an attorney and counselor at law granted. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION with Respect to THOMAS J. O'GRADY, an Attorney, Respondent.— Respondent disbarred and his name ordered to be struck from the roll of attorneys. The respondent, upon his own confession and plea of guilty, was convicted in the County Court of Westchester County of the crime of grand larceny in the second degree. The crime being a felony, his disbarment necessarily follows, pursuant to the statute in such case made and provided. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.